GEORGE G. WEICKHARDT (SBN 58586)
CHRISTOPHER W. VINCENT (SBN 227021)
ROPERS, MAJESKI, KOHN & BENTLEY, PC
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@rmkb.com
cvincent@rmkb.com

Attorneys for Defendant
CHASE BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAREN KINGSBURY,

   Plaintiff,

v.

CHASE BANK USA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,

   Defendants.

CASE NO. 3:12-cv-04176-JSW

**STIPULATED REQUEST FOR DISMISSAL AND** ~~PROPOSED~~ **ORDER**

//
//
//
//
//
//
//
//
//
//
//

1  IT IS HEREBY STIPULATED by and between Plaintiff Karen Kingsbury and Defendant
2  Chase Bank USA, N.A. that the above-entitled action be dismissed with prejudice pursuant to
3  Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: October 22, 2012                ROPERS, MAJESKI, KOHN & BENTLEY, PC

                                       By: /s/ George G. Weickhardt
                                           GEORGE G. WEICKHARDT
                                           CHRISTOPHER W. VINCENT
                                           Attorneys for Defendant
                                           CHASE BANK USA, N.A.

Dated: October 22, 2012                SAGARIA LAW, P.C.

                                       By: /s/ Elliot Gale
                                           SCOTT J. SAGARIA
                                           ELLIOT W. GALE
                                           Attorneys for Plaintiff
                                           KAREN KINGSBURY

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 23, 2012                /s/ Jeffrey S. White
                                       UNITED STATES DISTRICT JUDGE